JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BUCK,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL CARVAJAL, ET AL.,<br><br>　　　　　　Defendant(s). | Case No. 2:20-cv-7475-JGB (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: September 23, 2021

_____
HONORABLE JESUS G. BERNAL
United States District Judge